The People of the State of New York, Respondent, v John Mingo, Appellant.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 37 AD3d 854.

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.